IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BEARD,  No. CIV S-08-0137-FCD-CMK-P

    Plaintiff,

  vs.  ORDER

KIMBLE,

    Defendant.

                          /

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On April 7, 2008, the court issued an order determining that service of this action was appropriate on defendant Kimble. The court directed plaintiff to submit documents for service by the United States Marshal within 30 days and warned that failure to comply could result in dismissal of the action under Eastern District of California Local Rule 11-110. As of May 28, 2008, plaintiff had not submitted the required documents and the court issued findings and recommendations that this action be dismissed. On June 9, 2008, plaintiff filed objections to the findings and recommendations in which he states that, due to various housing transfers, he has been separated from his legal materials and, therefore, unable to comply with the court's April 7, 2008, order. Plaintiff seeks an extension of time to comply.

Good cause appearing therefor, the court will vacate the May 28, 2008, findings and recommendations and provide plaintiff another opportunity to comply with the April 7, 2008, order. Plaintiff is again warned that failure to submit the required document may result in dismissal of the entire action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 28, 2008, findings and recommendations are vacated;

2. The court authorizes service on the following defendant(s):

    KIMBLE,

3. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

4. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form(s); and

    d. Two copies of the endorsed complaint.

DATED: June 25, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ROBERT BEARD,                          No. CIV S-08-0137-FCD-CMK-P

    Plaintiff,

  vs.

KIMBLE,

    Defendant.

_____/

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

    Plaintiff hereby submits the following documents in compliance with the court's order:

    <u>  1  </u>    completed summons form;

    <u>        </u>    completed USM-285 form(s); and

    <u>        </u>    copies of the complaint..

DATED: _____          _____
                                                                   Plaintiff