IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BEARD,                              No. CIV S-08-0137-FCD-CMK-P

        Plaintiff,

    vs.                                    ORDER

KIMBLE,

        Defendant.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

        On April 7, 2008, the court issued an order determining that service of this action was appropriate on defendant Kimble.  The court directed plaintiff to submit documents for service by the United States Marshal within 30 days and warned that failure to comply could result in dismissal of the action under Eastern District of California Local Rule 11-110.  As of May 28, 2008, plaintiff had not submitted the required documents and the court issued findings and recommendations that this action be dismissed.  On June 9, 2008, plaintiff filed objections to the findings and recommendations in which he stated that, due to various housing transfers, he has been separated from his legal materials and, therefore, unable to comply with the court's

1

April 7, 2008, order. Based on plaintiff's objections, the court vacated the May 28, 2008, findings and recommendations and directed plaintiff to return the required service documents within 30 days.

Again, as of August 19, 2008, plaintiff still had not returned service documents to the court and the court re-issued findings and recommendations that this action be dismissed for lack of prosecution and failure to comply with court orders. In response, plaintiff filed a "Motion for Extension of Time" on August 25, 2008. In this document, plaintiff states that, while he received blank service documents from the court, he was unable to return completed documents to the court because ". . . a guard entered my room and confiscated or destroyed those . . . documents." Plaintiff seeks additional time to return service documents.

Rather than vacating the second findings and recommendations, the court will grant plaintiff an extension of time to file objections. <u>If plaintiff returns the required service documents within the time to file objections, the court will vacate the findings and recommendations. If plaintiff does not return the documents, the findings and recommendations will be submitted to the district judge.</u> The court will also direct the Clerk of the Court to send plaintiff another set of blank service documents.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 15) is granted;

2. Plaintiff may file objections to the court's August 19, 2008, findings and recommendations within 30 days of the date of this order;

3  The court has authorized service on the following defendant(s):

    KIMBLE,

4. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

/ / /

/ / /

1         5.       Before this action can be served on defendant, plaintiff must complete the attached Notice of Submission of Documents and submit the following to the court:

        a.       The completed Notice of Submission of Documents;

        b.       One completed summons;

        c.       One completed USM-285 form(s); and

        d.       Two copies of the endorsed complaint.

DATED: August 27, 2008

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ROBERT BEARD,                               No. CIV S-08-0137-FCD-CMK-P
       Plaintiff,
   vs.
KIMBLE,
       Defendant.
                           /

<u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

       Plaintiff hereby submits the following documents in compliance with the court's order:

    <u>  1  </u>        completed summons form;
    <u>      </u>        completed USM-285 form(s); and
    <u>      </u>        copies of the complaint..

DATED: _____                    _____
                                                                    Plaintiff