UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

O

# CIVIL MINUTES - GENERAL

| Case No. | CV 08-137 CAS (VBKx) | Date | July 9, 2009 |
|---|---|---|---|
| Title | BEARD v. KIMBLE; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers:) ORDER VACATING ORDER TO SHOW CAUSE AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

On May 21, 2009, plaintiff Robert Beard filed a motion for default judgment as to defendant "Mr. Kimble." The Court hereby DENIES plaintiff's motion because the record demonstrates that "Mr. Kimble" was never served.[1]

The Court further VACATES its order to show cause issued on June 2, 2009, which order was erroneously issued.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |

---

[1] Plaintiff's summons was returned unexecuted because "Mr. Kimble" is deceased.