UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV08-137-CAS(VBKx) | Date | August 30, 2013 |
|---|---|---|---|
| Title | *BEARD v. KIMBLE; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not Present     Not Present

**Proceedings:** (IN CHAMBERS) - MOTION TO APPOINT COUNSEL (Filed 04/04/13 AND 06/06/13)[36 and 38]

MOTION TO DISMISS (Filed 08/09/13)[42]

MOTION FOR DEFAULT JUDGMENT (Filed 08/23/13)[44]

The Court is in receipt of the above-referenced motions.

Plaintiff's Motions to Appoint Counsel are hereby denied without prejudice, subject to being renewed after a favorable ruling entered for the plaintiff, on dispositive motions.

Plaintiff's Motion for Default Judgment is hereby denied, as moot, based on defendant's motion to dismiss filed August 9, 2013.

The Court sets the following briefing schedule on the Motion to Dismiss, as follows:

Opposition shall be filed on or before October 31, 2013; and
Reply shall be filed on or before December 2, 2013.

Upon receipt of all briefing, the matter will stand submitted.

|   | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |