UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV08-137-CAS(VBKx) | Date | October 30, 2013 |
|---|---|---|---|
| Title | *BEARD v. KIMBLE; ET AL.* | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:** (IN CHAMBERS) - PLAINTIFF'S FIRST REQUEST FOR AN EXTENSION OF TIME *EX PARTE* (Filed 10/28/2013)[50]

PLAINTIFF'S MOTION TO RECONSIDER PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (Filed 09/20/2013)[48]

The court is in receipt of the above-referenced motions.

The Court grants plaintiff's motion for a 30-day extension of time to oppose defendants' motion to dismiss. Plaintiff's opposition is now due on or before December 2, 2013 and defendants' reply is now due on or before January 6, 2014.

The Court hereby denies plaintiff's motion for reconsideration of its order denying plaintiff's motion for default judgment. Plaintiff has presented no grounds which would justify reconsideration.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |