UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV08-137-CAS(VBKx) | Date | April 4, 2014 |
|---|---|---|---|
| Title | *BEARD v. KIMBLE; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) - PLAINTIFF'S MOTIONS:

MOTIONS TO VACATE JUDGMENT (Filed 11/27/13)[56]

MOTION FOR APPOINTMENT OF COUNSEL OR A PARALEGAL (Filed 12/13/13)[57]

MOTION FOR 3RD EXTENSION OF TIME (Filed 12/26/13)[60][63][67]

MOTION TO HOLD DEFENDANTS IN CONTEMPT OF COURT (Filed 02/27/14)[64]

MOTION FOR APPOINTMENT OF PRO BONO COUNSEL (Filed 03/10/14)[65]

MOTION TO ENFORCE THE PRO SE PLAINTIFF'S RIGHTS (Filed 04/02/14)[68]

The court is in receipt of the above-referenced motions.

The Court hereby denies plaintiff's Motion to Vacate Judgment. The Court further denies plaintiff's Motion For Appointment of Counsel or a Paralegal. The Court also denies plaintiff's Motion for Appointment of Pro Bono Counsel. Although if a Pro Bono Attorney makes an appearance to represent the plaintiff, it will accept their appearance.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-137-CAS(VBKx) | Date | April 4, 2014 |
|---|---|---|---|
| Title | *BEARD v. KIMBLE; ET AL.* | | |

The Court grants plaintiff's motions for a 3rd extension of time. No further extensions will be granted. The Court sets the following briefing schedule as to all pending motions, as applicable:

- Any and all Oppositions shall be filed on or before June 4, 2014; and
- Any and all Replies shall be filed on or before July 7, 2014.

Until this Court resolves the government's pending motion to dismiss, plaintiff shall not file any documents, other than the Court-ordered responsive briefing set out above, without leave of court. If plaintiff wishes to file documents other than the responsive briefing, plaintiff shall file a one (1) page report setting forth the reasons why the Court should allow such filing.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |