UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**   'O'

| Case No. | CV08-137-CAS(VBKx) | Date | October 22, 2014 |
|---|---|---|---|
| Title | BEARD V. KIMBLE, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS): PLAINTIFF'S MOTION TO APPOINT COUNSEL

Plaintiff Robert Beard is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2014, plaintiff filed a motion requesting appointment of counsel. Dkt. 75. Plaintiff has filed identical motions on prior occasions, all of which have been denied. See, e.g., Dkts. 7, 30, 36, 38.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the Court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel is therefore DENIED without prejudice, subject to being renewed after a favorable ruling entered for the plaintiff on dispositive motions.

IT IS SO ORDERED.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |